**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

TERRICK A. VORNES                                                                            PLAINTIFF
ADC #112874

v.                                           NO: 3:13CV00134 JLH

LUTHER WHITFIELD *et al.*                                                           DEFENDANTS

### JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 21st day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE