# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TERRICK A. VORNES                                                                                          PLAINTIFF
ADC #112874

v.                                           NO: 3:13CV00134 JLH

LUTHER WHITFIELD *et al.*                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 21st day of August, 2013.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE